Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
Southern District of Iowa

_____ Division

Nermina Spiodic
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of Veteran Affairs
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED
FEB 05 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nermina Spiodic
Street Address: 5417 Aurora Ave. Apt. 142
City and County: Des Moines, Polk
State and Zip Code: IA 50310
Telephone Number: (515) 43-3438
E-mail Address: nspiodic_1@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Anthony Atkinson
- Job or Title (if known): Former Direct Nurse Supervisor
- Street Address: 3600 30th St.
- City and County: DSM, Polk
- State and Zip Code: IA, 50310
- Telephone Number: 515-699-5999
- E-mail Address (if known):

Defendant No. 2
- Name: Stephanie Pearson
- Job or Title (if known): CLC Chief of Supervisors and Extended Rehab
- Street Address: 3600 30th St
- City and County: DSM, Polk
- State and Zip Code: IA, 50310
- Telephone Number: 515-699-5999
- E-mail Address (if known):

Defendant No. 3
- Name: Amela Demirovic
- Job or Title (if known): Registered Nurse at VA(DSM)
- Street Address: 3600 30th St.
- City and County: DSM, Polk
- State and Zip Code: IA, 50310
- Telephone Number: 515-699-5999
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No.1**

Anthony Atkinson

He hired another CNA (nurse aide) to work Monday-Friday with no weekends for months. This was unfair to me due to seniority and policies. Then, when I asked to work for some time Mon-Friday with no weekends he denied the request. Due to schedule issues and me voicing for better teamwork, this raised a lot of backlash towards me. Also, he didn't evaluate my work ethics properly and didn't give me the ratings I deserved. This shows that I was undervalued and underpaid. This ruined my reputation at work and continued with backlash. I ended up with unjust and coworkers treated me as if I was a target which made me a victim of discrimination. My EEO complaints and affidavits are my proof that I have as evidence to what happened.

**Defendant No.2**

Stephanie Pearson

She dismissed my concerns that I was voicing about an unfair schedule and low teamwork and refused to help me transfer to another unit when I asked for some help. I had no support or guidance at work to get away from the hostile workplace. I was alone and isolated. She didn't pay me for the time of being sick when I was sick. She also never reached out to talk to me about my concerns and to offer her help with the transfer. This was unprofessional and not acceptable to treat an employee the way I was treated, as an outcast. Affidavits show that she did not want me to stay to work there, didn't like me and didn't want to talk to me by showing lack of support and even acknowledging that I was trying to stand up for myself. This put more stress on me, where the harassment continued to the point where I couldn't tolerate it anymore.

**Defendant No.3**

Amela Demirovic

She was mocking me and copying me. This was a form of a backlash and reprisal for speaking up about the fairness of schedules. She was intimidating to me and threatened my life. This is manipulation and interiorizing to make me react badly. Due to all this, I was forced to resign. I have affidavits to prove that she was after me because I was not a "protected activity" anymore and that she didn't like me and leave me alone, so I ended up having to leave my job due to fear, reprisal, harassment, isolation and stress.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Employment Discrimination in mixed-case including Race, Sex and Reprisal Resulting in forced Resignation.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached pages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached page.

**Statement of Claim**

My complaint involves Employment discrimination that happened at my previous job at the Department of Veteran Affairs. This case shows mixed-case discrimination based on race, sex and reprisal. I was forced to resign due to being a target and a victim at my job. There are three people that have treated me poorly. I have EEO complaints with affidavits that show evidence of me being the victim. I now know that there is a motive behind it. The workplace was hostile and I was subject to harassment and backlash. I was dismissed, harassed and forced to give up my job due to speaking up about low staffing, unfair schedules and leaving to another unit. One of the defendants hired another CNA to work different schedules and didn't give me the same opportunity. This was unfair due to seniority and policies. Plus, my work ethic was not valued as much as it should have been. Second defendant dismissed my concerns and didn't help me transfer. And the third defendant was intimidating to me and threatened me. Then, there was a threat to me working there because I was not a "protected activity" anymore, so this person didn't leave me alone. I endured a lot of pain, harassment and backlash at my old job and could not stand the harassment any longer. I need relief to get my life back. I have evidence and will show that I am suffering now because of what happened and how much I have lost. I find myself barely living because I have lost close to everything. I have been affected emotionally, financially and mentally. I wanna make a change and get the relief, justice and peace I deserve.

The following is a summary and main events of the dates/complaints that have occurred to me. Note that I can provide more proof that involves conversations, dates, events, affidavits and witnesses as my evidence.

| Basis | Claims and Dates of Occurrence |
|---|---|
| Race | **I. Performance Evaluation (Unfavorable Rating)**<br><br>1. Atkinson, CLC Nurse Manager, had issued me an unfavorable rating for FY 2019 and FY2020.<br><br>2. In or around 2019, RMO Atkinson issued a rating of *'Fully Successful'* for FY2019. I became aware that my co-workers had received a higher rating. I believe that my performance should have received a higher rating.<br><br>3. In 2019, I requested reconsideration, but Atkinson declined.<br><br>4. In October 2021, Atkinson issued a rating of *'Excellent'* for FY2021. I believe that my performance should have been an *'Outstanding'*. I believe that I was not being valued and appreciated for what I added to the service.<br><br>**II. Duty Hours**<br><br>In October 2020, I injured my right leg and was supposed to be on limited restriction for some time but during that time, I had to work regular duties due to low staffing, which prompted me to voice concerns on the unit, low staffing, low morale.<br><br>1. Summer 2020, I requested to not be scheduled on some weekends, but Atkinson declined and deferred me to use my own leave. The weekends should have been alternated amongst staff. In December 2020, I started to voice my concerns about the staffing and teamwork in hopes that the morale would improve on the unit.<br><br>2. In or around June 2021, I became aware that my co-workers were not assigned to work as many weekends as I was. I became aware that Atkinson had hired another CNA to work only Monday - Friday with no weekends back in 2020. He denied the request to give me the same. |

### I. Harassment (Non-Sexual)/Hostile Work Environment

1. From May 8 - 15, 2023, I became aware from the EEO complaint that I was harassed and in a hostile work environment created by her co-workers and management officials.

2. During the week of May 8, 2023, I became aware my co-workers and management officials had lied within their affidavits for the prior EEO activity. The affidavits were submitted by Amela Demirovic, RN, former Supervisor Anthony Atkinson, Natasha Merten MSN, and Stephanie Pearson, Chief Nurse of Extended Care.

3. During the week of May 8, 2023, I became aware through an affidavit(s) that Thompson had informed Pearson why I had left Med-Surg, losing my trust to stay and work for her. She had no place to say anything to Pearson so that made me lose trust in Thompson.

4. During the week of May 8, 2023, I became aware that my family was mentioned within the EEO affidavit(s).

5. On May 8, 2023, Demirovic came to my work duty area to get a reaction out of me and cause me stress. Demirovic knew EEO activity was in process, so this was her way of mocking me. Also, throughout this time, she has been continuing to mock me and bully me.

6. On May 15, 2023, I had to resign from federal career service, due to the hostile work environment.

I believe that I was being retaliated against for my prior EEO activity. As well as, in opposition to speaking up against the unfavorable treatment I received as a minority Female.

I believe that I was targeted and that someone(s) didn't like me. I feel that the work environment was not safe and that I was not protected. I have been harmed financially, mentally, emotionally as I was forced to resign from federal career service.

### II. Constructive Discharge (Forced Resignation)

1. On May 15, 2023, I submitted my resignation from federal career service.

**Relief sought:**

1. To receive justice and freedom from pain and lonesome.

2. For managers to be held accountable for totally dismissing and not having any support.

3. For co-worker and managers to be held accountable for mistreating me poorly and unfairly.

4. For the managers and co-worker to be questioned on why my family was brought up in this (EEO complaint) and what they have to say.

5. To further investigate people that have discriminated against me. In this case, Pearson, Atkinson (no longer employed there at the Agency) and Demirovic. Because there's mixed-case employment discrimination and 2 people didn't like me- Pearson and Demirovic-therefore they should be put on a further investigation and put on Administrative leave and if found with employment discrimination crime, press charges. This applies to all that have discriminated against me.

6. For national security to get involved and an FBI investigation started asap, as I feel that there is still a threat to me.

7. Compensated for my injury that happened with my leg.

8. To be compensated for having to resign from the VA and not being able to work in a safe environment.

9. To be compensated for having to leave, losing my benefits (AL, TSP, retirement benefits, bonuses, etc.) and putting me in a financial, physical, mental and emotional strain.

10. To be compensated for having to find another job and losing money.

11. This one might be possible after all the other remedies are met first- I'm wanting a job within the VA but away from the main campus, so somewhere else better or other options they offer.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Nermina Spiodic* 1-27-24

Signature of Plaintiff *Nermina Spiodic*

Printed Name of Plaintiff *Nermina Spiodic*

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Nermina Spiodic
5417 Aurora Ave.
Apt. 142
Des Moines, IA 50310



Clerk, United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, IA 50306-9344

